# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES CONNER, JR.,

        Plaintiff,        Case No. 05-C-1103

UNITED HEALTHCARE INSURANCE
COMPANY,

        Involuntary Plaintiff

        v.

KINGSWAY GENERAL INSURANCE
COMPANY, NORTH YANKE TRANSPORT,
LTD. and JANICE GRASBY,

        Defendants.

## OPINION AND ORDER

The parties to this action having voluntarily stipulated to the dismissal of all claims, counterclaims and cross-claims raised, the court ORDERS that this action is dismissed with prejudice and upon its merits and without costs to any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff James Conner, Jr. and Involuntary Plaintiff United Healthcare Insurance Company brought this action against Defendants Kingsway General Insurance Company, North Yanke Transport, Ltd., and Janice Grasby before the court, the Honorable Thomas J. Curran, District Judge, presiding,

and the parties having stipulated to the voluntary dismissal of all claims, counterclaims and cross-claims raised,

IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice and upon its merits, but without costs to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 9th day of February, 2006.

                                      s/ Thomas J. Curran
                                      Thomas J. Curran
                                      United States District Judge